```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

    **v.**                        **CRIMINAL NO. 1:14CR30-1**
                                       **(Judge Keeley)**

**ANDREW BOLYARD,**

        **Defendant.**

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S OPINION/REPORT RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE AND SCHEDULING SENTENCING HEARING**

On December 22, 2014, defendant, Andrew Bolyard, ("Bolyard") appeared before United States Magistrate Judge John S. Kaull and moved for permission to enter a plea of GUILTY to Count Two of the Indictment. Bolyard stated that he understood that the magistrate judge is not a United States District Judge, and consented to pleading before the magistrate judge. This Court had referred the guilty plea to the magistrate judge for the purposes of administering the allocution pursuant to Federal Rule of Criminal Procedure 11, making a finding as to whether the plea was knowingly and voluntarily entered, and recommending to this Court whether the plea should be accepted.

Based on Bolyard's statements during the plea hearing and the testimony of Sergeant Todd Forbes, the magistrate judge found that Bolyard was competent to enter a plea, that the plea was freely and voluntarily given, that he was aware of the nature of the charges against him and the consequences of his plea, and that a factual

**USA v. ANDREW BOLYARD**                                                    **1:14CR30-1**

## ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S OPINION/REPORT RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE AND SCHEDULING SENTENCING HEARING

basis existed for the tendered plea. On December 22, 2014, the magistrate judge entered an Opinion/Report and Recommendation Concerning Plea of Guilty in Felony Case ("R&R") (dkt. no. 49) finding a factual basis for the plea, and recommending that this Court accept the plea of guilty to Count Two of the Indictment.

The magistrate judge also directed the parties to file any written objections to the R&R within fourteen (14) days after service of the R&R. The magistrate judge further directed that failure to file objections would result in a waiver of the right to appeal from a judgment of this Court based on the report and recommendation. The parties did not file any objections.

Accordingly, this Court **ADOPTS** the magistrate judge's R&R, **ACCEPTS** Bolyard's guilty plea, and **ADJUGES** him **GUILTY** of the crime charged in Count Two of the Indictment.

Pursuant to Fed. R. Crim. P. 11(e)(2) and U.S.S.G. § 6B1.1(c), the Court **DEFERS** acceptance of the proposed plea agreement until it has received and reviewed the presentence report prepared in this matter.

Pursuant to U.S.S.G. § 6A1 <u>et seq</u>., the Court **ORDERS** that:

```
USA v. ANDREW BOLYARD                                        1:14CR30-1

            ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S
            OPINION/REPORT RECOMMENDATION CONCERNING PLEA OF
           GUILTY IN FELONY CASE AND SCHEDULING SENTENCING HEARING
```

1. The Probation Officer undertake a presentence investigation of **ANDREW BOLYARD,** and prepare a presentence report for the Court;

2. The Government and Bolyard are to provide their versions of the offense to the probation officer by **January 23, 2015**;

3. The presentence report is to be disclosed to Bolyard, defense counsel, and the United States on or before **March 10, 2015**; however, the Probation Officer is not to disclose the sentencing recommendations made pursuant to Fed. R. Crim. P. 32(e)(3);

4. Counsel may file written objections to the presentence report on or before **March 24, 2015;**

5. The Office of Probation shall submit the presentence report with addendum to the Court on or before **April 7, 2015**; and

6. Counsel may file any written sentencing statements and motions for departure from the Sentencing Guidelines, including the factual basis from the statements or motions, on or before **April 17, 2015.**

Magistrate Judge Kaull remanded Bolyard to the custody of the United States Marshal Service.

USA v. ANDREW BOLYARD                                          1:14CR30-1

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S
OPINION/REPORT RECOMMENDATION CONCERNING PLEA OF
GUILTY IN FELONY CASE AND SCHEDULING SENTENCING HEARING**

The Court will conduct the sentencing hearing for the defendant on **Monday, April 27, 2015** at **11:30 A.M.** at the **Clarksburg, West Virginia** point of holding court.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record, the defendant and all appropriate agencies.

DATED: January 9, 2015

                                        /s/ Irene M. Keeley
                                        IRENE M. KEELEY
                                        UNITED STATES DISTRICT JUDGE